**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF S.N.L., A MINOR CHILD | : No. 171 WAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| PETITION OF: E.L., NATURAL FATHER | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.